UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-22957-CIV-MARTINEZ-MCALILEY

ELENA MAGOLNICK,

    Plaintiff,

vs.

RELIANT TECHNOLOGIES, INC., RELIANT
TECHNOLOGIES, LLC and SOLTA
MEDICAL, INC.,

    Defendants.
_____/

## ORDER STRIKING NOTICE OF UNAVAILABILITY

THIS CAUSE came before the Court upon Defendants' Notice of Unavailability **(D.E. No. 47)**. Neither the Local Rules nor the Federal Rules of Civil Procedure authorize this filing, and the Court is unwilling to burden itself with the task of keeping track of the whereabouts of parties or their counsel in every case before it. If a party wishes to move a hearing, trial, or other deadline set by the Court, an appropriate motion must be filed. Therefore, it is hereby:

**ORDERED AND ADJUDGED** that

Defendants' Notice of Unavailability **(D.E. No. 47)** is hereby **STRICKEN**.

DONE AND ORDERED in Chambers at Miami, Florida, this 19 day of April, 2011.

                                      JOSE E. MARTINEZ
                                      UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge McAliley
All Counsel of Record