UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-22957-CIV-MARTINEZ-BROWN

ELENA MAGOLNICK,

    Plaintiff,

vs.

RELIANT TECHNOLOGIES, INC.,
RELIANT TECHNOLOGIES, LLC and
SOLTA MEDICAL, INC.

    Defendants.
_____/

**PLAINTIFF'S UNOPPOSED MOTION TO STRIKE OR, IN THE ALTERNATIVE, TO SEAL EXHIBITS "A" AND "G" TO DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT, REQUEST FOR IMMEDIATE RELIEF AND <u>INCORPORATED MEMORANDUM OF LAW</u>**[1]

Plaintiff, Elena Magolnick ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 5.2, hereby files her Motion to Strike or, in the Alternative, to Seal Exhibits "A" and "G" to Defendants' Response in Opposition to Plaintiff's Motion for Partial Summary Judgment [DE 49], and in support hereof, states as follows:

On April 22, 2011, Defendants filed their Response in Opposition to Plaintiff's Motion for Partial Summary Judgment (the "Response"). As part of the Response, Defendants attached various exhibits. Included among the exhibits were two unredacted Patient Information Sheets taken from Plaintiff's medical records. The Patient

---

[1] Simultaneously with this Motion to Strike Plaintiff is filing her Reply in Support of Motion for Partial Summary Judgment.

Information Sheets are marked as Defendants' Exhibits "A" and "G."  Exhibits "A" and "G" contain Plaintiff's full social security number.

Rule 5.2, Fed.R.Civ.P., provides, in pertinent part,

**a) Redacted Filings**.

> Unless the court orders otherwise, in an electronic or paper filing with the court that contains an individual's social-security number…, a party or nonparty making the filing may include only:
>
> (1) the last four digits of the social-security number…

Defendants' Exhibits "A" and "B" violate Rule 5.2(a).  Plaintiff has not waived the protection of Rule 5.2(a).

Based upon the foregoing, Plaintiff respectfully requests the Court to enter an Order (1) striking Exhibits "A" and "B" to Defendants' Response without prejudice to Defendants re-filing properly redacted versions of the exhibits; or in the alternative, (2) an Order sealing Exhibits "A" and "B" to Defendants' Response; and for such further relief as the Court deems just and proper.

### REQUEST FOR EXPEDITED RELIEF

Given the confidential nature of the information contained in Exhibits "A" and "B" to Defendants' Response, Plaintiff respectfully requests that the Court enter an Order on this Motion on an expedited basis

### CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(A)(3), undersigned counsel conferred with Defendants' counsel and represents to this Court that the Defendants are in agreement with the relief sought herein.

Respectfully submitted,

/s/Joel S. Magolnick
**Joel S. Magolnick, Esq.**
Florida Bar No. 776068
**DE LA O, MARKO,**
**MAGOLNICK & LEYTON**
3001 S.W. 3rd Avenue
Miami, Florida 33129
Telephone: (305) 285-2000
Facsimile:  (305) 285-5555
magolnick@dmmllaw.com

and

**Alex Alvarez, Esq.**
Florida Bar No. 946346
**THE ALVAREZ LAW FIRM**
355 Palermo Avenue
Coral Gables, Florida 33134
Telephone:  (305) 444-7675
Facsímile:   (305) 444-0075
alex@integrityforjustice.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on April 25, 2011, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

/s/ Joel S. Magolnick
Joel S. Magolnick