```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO.   : 10-22957-CIV-MARTINEZ
                              JUDGE      : JOSE E. MARTINEZ
                              TRIAL DATE: 07/18/11
ELENA MAGOLNICK

     Plaintiff(s),            MEDIATORS REPORT
vs.

RELIANT TECHNOLOGY INC., ET AL.

     Defendant(s).


*******************************

COMES NOW Frank J. Allocca, Esq., the undersigned certified Mediator from
FLORIDA MEDIATION GROUP and reports to this Honorable Court:

The Mediation was held on: 05-18-2011 10:00.

 X         AN AGREEMENT WAS REACHED.

____       Mediation Agreement attached, with the parties consent.

____       No Agreement was reached; Impasse.

____       The parties wish to continue settlement negotiations and may
           reconvene for a Continuation of the Mediation.  Notice of the
           date, time and place shall be furnished to the parties and filed
           with the court. If no Notice of Mediation Agreement or
           Post-Mediation Agreement is filed on or before _____/_____/_____/
           this matter shall be considered at an Impasse.

____       A Pre/Post-Mediation Settlement was reached, as per information
           received on ___/___/___, from _____.

____       Other:_____
           _____

                     s/Allene D. Nicholson
                     Florida Bar Number 201553
                     Email Barbara@FloridaMediation.com
                     FLORIDA MEDIATION GROUP - FMG# 0-83754
                     44 W. Flagler St., Suite 1900
                     Miami, FL. 33130
                     305.579.9990

Copies on May 25, 2011 to:
Clerk of Court
Counsel of record
medrept.cm
```