008318.000039

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-22957-CIV-MARTINEZ-MCALILEY

ELENA MAGOLNICK,

    Plaintiff,

v.

RELIANT TECHNOLOGIES, INC.,
RELIANT TECHNOLOGIES, LLC and
SOLTA MEDICAL, INC.,

    Defendants.

_____/

## STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE having been amicably settled between the parties it is hereby stipulated and agreed by and between their undersigned counsel that this cause be dismissed, with prejudice, with the parties to bear their respective attorney fees and costs. It is further **STIPULATED and AGREED** by and between ELENA MAGOLNICK, Plaintiff, and the Defendants, RELIANT TECHNOLOGIES, INC., RELIANT TECHNOLOGIES, LLC, and SOLTA MEDICAL, INC., that Plaintiff shall satisfy all liens and subrogated interests arising from the captioned claim out of the settlement proceeds herein, and the Defendants are hereby discharged from any further responsibilities with respect to any such liens and subrogated interests.

STIPULATED and AGREED on this 31st day of May 2011, by:

008318.000039

| <u>Counsel for the Defendants, **RELIANT TECHNOLOGIES, INC., RELIANT TECHNOLOGIES, LLC, and SOLTA MEDICAL, INC.,**</u> : | <u>Counsel for Plaintiff, Elena Magolnick</u> |
|---|---|
| Barbara S. Diamond<br>Mintzer, Sarowitz, Zeris, Ledva<br>& Meyers, LLP<br>1000 Northwest 57th Court<br>Suite 300<br>Miami, Florida 33126<br>Tel. (305) 774-9966<br>Fax (305) 774-7743<br><br>By: /s/Barbara S. Diamond<br>    Barbara S. Diamond<br>    Florida Bar Number: 0164488<br>    bdiamond@defensecounsel.com | Joel S. Magolnick<br>de la O, Marko, Magolnick & Leyton<br>3001 S.W. 3rd Avenue<br>Miami, Florida 33129<br>Tel. (305) 285-2000<br>Fax (305) 285-5555<br><br>By: /s/Joel S. Magolnick<br>    Joel S. Magolnick, Esq.<br>    Florida Bar Number: 776068<br>    Magolnick@dmmllaw.com |

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 31, 2011, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

/s/Addison J. Meyers
Addison J. Meyers, Esq.
Florida Bar No. 267041
MINTZER, SAROWITZ, ZERIS, LEDVA
& MEYERS, LLP
The Waterford at Blue Lagoon
1000 N.W. 57th Court, Suite 300
Miami, Florida 33126
Phone: (305) 774-9966
Fax:    (305) 774-7743
Email: ameyers@defensecounsel.com